☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2. Cash on hand
$ ___N/A___

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **See Attachment 1** | | ___ ___ ___ ___ | $ ___46,442.66**___ |
| 3.2. | | ___ ___ ___ ___ | $ |
| | | | ***Total from Attachment 1* |

4. Other cash equivalents *(Identify all)*

| 4.1. | $ |
| --- | --- |
| 4.2. | $ |

5. Total of Part 1
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.
$ ___46,442.66___

| Part 2: | Deposits and prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

| 7.1. **See Attachment 2** | $ 94,653.39** |
| --- | --- |
| 7.2. | $ |
| | ***Total from Attachment 2* |

U.S. Bankruptcy Court - Hawaii   #19-01529   Dkt # 75   Filed 01/10/20   Page 1 of 24

AguPlus
Bank Balances

| Bank | Account Type | Account Number | Balance as of November 2019 |
|---|---|---|---|
| Chase | Checking | x0789 | $ 34,443.30 |
| Chase | Checking | x7053 | 129.06 |
| Chase | Payroll | x0771 | 11,602.92 |
| Bank of Hawaii | Checking | x6662 | (354.14) |
| Bank of Hawaii | Payroll | x1991 | 137.01 |
| First Hawaiian Bank | Checking | x6476 | 484.51 |
| First Hawaiian Bank | Savings | x7433 | - |
| Total | | | $ 46,442.66 |

**Attachment** l

**SCHEDULES A/B Part 1, No. 3**

*In re AguPlus, LLC, Case No. 19-01529*

|            |                         |
|-----------:|-------------------------|
| 5,000.00   | SLAA Deposit            |
| 9,458.25   | Victoria Ward Deposit   |
| 6,432.67   | HI-Kitchen Deposit      |
| 6,281.52   | Kapolei Deposit         |
| 34,391.00  | Waikiki Deposit         |
| 9,298.75   | Mockingbird TX Deposit  |
| 7,845.93   | Sugar Land TX Deposit   |
| 13,945.27  | Washington TX Deposit   |
| 2,000.00   | Additional SLAA Deposit |

**94,653.39**

# Attachment 2
## SCHEDULES A/B Part 2, No. 7

*In re AguPlus, LLC, Case No. 19-01529*

| Debtor | | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $ _____

8.2. _____ $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ **94,653.39**

---

<table>
<tr><td>**Part 3:**</td><td>**Accounts receivable**</td></tr>
</table>

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔ $ 23,265.68
face amount                doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔ $ _____
face amount                doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ **23,265.68**

---

<table>
<tr><td>**Part 4:**</td><td>**Investments**</td></tr>
</table>

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $ _____

14.2. _____ _____ $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:              % of ownership:

15.1. AGU-V, Inc.            100 %    Book    $ 1,700,000.00

15.2. _____ _____ %    _____ $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ _____ $ _____

16.2. _____ _____ $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ **0**

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| Food (Texas) | 01/09/2020 MM / DD / YYYY | $_____ | _____ | $  124,070.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                    $  124,070.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | | | $_____ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____ 0

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Book value. See Attachment 3 | $_____ | _____ | $ 49,293.53 |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | $_____ | _____ | $_____ |
| 43. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | $ | | $_____ |
| 42.1 | $_____ | _____ | $_____ |
| 42.2 | $_____ | _____ | $_____ |
| 42.3 | $_____ | _____ | $_____ |

44. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 49,293.53

45. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

AguPlus
Office Furniture and Equipment

| Description | Cost Basis as of 11/29/19 | | Accumulated Depreciation per Books (last updated April 2019) | | Additional Depreciation for May - November 2019 | |
|---|---|---|---|---|---|---|
| Furniture and Equipment AGU | $ | 1,078,381.71 | $ | 394,652.00 | $ | 110,985.00 |
| Office Furniture and Equipment | | 49,784.53 | | 407.00 | | 84.00 |
| Total | $ | 1,128,166.24 | $ | 395,059.00 | $ | 111,069.00 |

**Attachment 3**
**SCHEDULES A/B Part 7, No. 39**
*In re AguPlus, LLC, Case No. 19-01529*

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  Delivery Truck (original book value) | $_____ | _____ | $    41,657.34 |
| 47.2  Box Truck (original book value) | $_____ | _____ | $    39,500.00 |
| 47.3  2013 Honda Civic | $_____ | _____ | $     6,500.00 |
| 47.4 | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $_____ | | $_____ |
| 48.2 | $_____ | | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $_____ | | $_____ |
| 49.2 | $_____ | | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Book Value  - See Attachment 3 | $_____ | _____ | $   572,744.71 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$    660,402.05

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    AGUPLUS, LLC        Case number (*if known*)   19-01529
       Name

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $    0

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>Trademark - AGU RAMEN | $ | | $   unknown |
| **61. Internet domain names and websites**<br>Aguramen.com | $ | | $   unknown |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property**<br>2016 tax return Net Value - See Attachment 4 | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    $    0

AguPlus
Intangibles

| Description | Cost Basis as of 11/29/19 | Amortization | Book Value | Source |
|---|---|---|---|---|
| Goodwill | $ 635,238.00 | $ 17,646.00 | $ 617,592.00 | Per 2016 Tax Return |
| Recipes | 4,833.00 | 134.00 | 4,699.00 | Per 2016 Tax Return |
| Intangibles | 139,559.57 | 138,683.00 | 876.57 | Per QB - main component is "2017 Agu expansion fee cost". |
| Total | $ 779,630.57 | $ 156,463.00 | $ 623,167.57 | |

*Attachment 4*
*SCHEDULES A/B Part 10, Nos. 63, 64*
*In re AguPlus, LLC, Case No. 19-01529*

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | | | | Current value of debtor's interest |
|---|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

Eiger (short term note)  _____ − _____ = ➔  $        18,206.58

                         Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____

_____    Tax year _____    $_____

_____    Tax year _____    $_____

                                    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____

                                                              $_____

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

Estate of Hisashi Uehara

Nature of claim     Fraud                                    $        Unknown

Amount requested   $  Unliquidated

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Grant Kidani

Nature of claim     Fraud                                    $_____

Amount requested   $  Unliquidated

76. **Trusts, equitable or future interests in property**

_____                              $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                              $_____

_____                              $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                $        18,206.58

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Official Form 206A/B                Schedule A/B: Assets — Real and Personal Property                page 7

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 46,442.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 14,653.39 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 23,265.68 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 1,700,00.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 124,070.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 49,253.53 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 675,386.05 | |
| 88. **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 635,237.67 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 18,206.58 | |
| 91. **Total.** Add lines 80 through 90 for each column. . . . . . . . . . . . . . . . 91a. | $ 3,366,515.56 | 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ 3,366,515.56

Fill in this information to identify the case:

Debtor name __AGUPLUS, LLC__

United States Bankruptcy Court for the: _____ District of __Honolulu__
(State)

Case number (If known): __19-01529__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

**2.1**

Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $_____
Value of collateral: $_____

**2.2**

Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $_____
Value of collateral: $_____

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

Debtor _____
Name

Case number (if known)_____

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Form 206D     Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**     page ___ of ___

Fill in this information to identify the case:

Debtor    AGUPLUS, LLC

United States Bankruptcy Court for the:     District of   Honolulu
(State)

Case number   19-01529
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>State of Hawaii, Dept. of Taxation<br><br>830 Punchbowl Street<br>Honolulu, HI 96813<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 106,605.53 | $ 106,605.53 |
| **2.2** Priority creditor's name and mailing address<br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ _____ | $ _____ |
| **2.3** Priority creditor's name and mailing address<br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ _____ | $ _____ |

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 1 of ___

Debtor _____ Case number (if known) _____

Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
<tr>
<td>3.1</td>
<td>
<b>Nonpriority creditor's name and mailing address</b><br>
SEE ATTACHED<br><br>
<b>Date or dates debt was incurred</b> _____<br>
<b>Last 4 digits of account number</b> __ __ __ __
</td>
<td>
<b>As of the petition filing date, the claim is:</b><br>
<i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☒ Disputed<br><br>
<b>Basis for the claim:</b> _____<br><br>
<b>Is the claim subject to offset?</b><br>
☐ No<br>
☐ Yes
</td>
<td>$ 2,546,634.43</td>
</tr>
<tr>
<td>3.2</td>
<td>
<b>Nonpriority creditor's name and mailing address</b><br>
Hannan Ribiyou Kabushikigaisha<br>
c/o Goodsill Anderson Quinn & Stifel<br>
999 Bishop St #1600<br>
Honolulu, HI 96813<br><br>
<b>Date or dates debt was incurred</b> _____<br>
<b>Last 4 digits of account number</b> __ __ __ __
</td>
<td>
<b>As of the petition filing date, the claim is:</b><br>
<i>Check all that apply.</i><br>
☐ Contingent<br>
☒ Unliquidated<br>
☒ Disputed<br><br>
<b>Basis for the claim:</b> _____<br><br>
<b>Is the claim subject to offset?</b><br>
☐ No<br>
☐ Yes
</td>
<td>$ 2,600,000.00</td>
</tr>
<tr>
<td>3.3</td>
<td>
<b>Nonpriority creditor's name and mailing address</b><br><br>
<b>Date or dates debt was incurred</b> _____<br>
<b>Last 4 digits of account number</b> __ __ __ __
</td>
<td>
<b>As of the petition filing date, the claim is:</b><br>
<i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b> _____<br><br>
<b>Is the claim subject to offset?</b><br>
☐ No<br>
☐ Yes
</td>
<td>$ _____</td>
</tr>
<tr>
<td>3.4</td>
<td>
<b>Nonpriority creditor's name and mailing address</b><br><br>
<b>Date or dates debt was incurred</b> _____<br>
<b>Last 4 digits of account number</b> __ __ __ __
</td>
<td>
<b>As of the petition filing date, the claim is:</b><br>
<i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b> _____<br><br>
<b>Is the claim subject to offset?</b><br>
☐ No<br>
☐ Yes
</td>
<td>$ _____</td>
</tr>
<tr>
<td>3.5</td>
<td>
<b>Nonpriority creditor's name and mailing address</b><br><br>
<b>Date or dates debt was incurred</b> _____<br>
<b>Last 4 digits of account number</b> __ __ __ __
</td>
<td>
<b>As of the petition filing date, the claim is:</b><br>
<i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b> _____<br><br>
<b>Is the claim subject to offset?</b><br>
☐ No<br>
☐ Yes
</td>
<td>$ _____</td>
</tr>
<tr>
<td>3.6</td>
<td>
<b>Nonpriority creditor's name and mailing address</b><br><br>
<b>Date or dates debt was incurred</b> _____<br>
<b>Last 4 digits of account number</b> __ __ __ __
</td>
<td>
<b>As of the petition filing date, the claim is:</b><br>
<i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b> _____<br><br>
<b>Is the claim subject to offset?</b><br>
☐ No<br>
☐ Yes
</td>
<td>$ _____</td>
</tr>
</table>

# Iyo Seimen USA Inc
# A/P Aging Summary
## As of January 5, 2020
# AGUPlus LLC dba Agu Ramen
# A/P Aging Summary
## As of December 31, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| "A" Rated Kitchens | | | | | 4,738.21 | 4,738.21 |
| 50th State Poultry, Inc | | | | | 25,497.40 | 25,497.40 |
| Adair Myers Graves Stevenson PLLC | | | | 870.00 | 33,216.06 | 34,086.06 |
| ADP | | 10,278.18 | | | 29,558.18 | 39,836.36 |
| AGUPlus, LLC. | | | | | 423.94 | 423.94 |
| Allianz Global Corporate & Specialty | | | | | 82,792.00 | 82,792.00 |
| ALOHA PACKAGING & SUPPLIES, LLC | | | | | 10,839.85 | 10,839.85 |
| ARS Rescue Rooter | | 825.00 | | | | 825.00 |
| Bankcard Center | | | | | 4,268.69 | 4,268.69 |
| Bargreen Ellingson - HI | | | | | 1,143.74 | 1,143.74 |
| Biocare of Hawaii | | | | | 1,280.10 | 1,280.10 |
| Board of Water Supply | | 2,771.72 | | | | 2,771.72 |
| BRE PearlRidge LLC | | | | | 90,506.52 | 90,506.52 |
| CashV | -579,080.54 | -9,415.53 | 2,025.73 | | 269,093.10 | -317,377.24 |
| Cherry Co. | | | | | 66,506.84 | 66,506.84 |
| Chris Stephan Construction LLC | | | | | 15,303.60 | 15,303.60 |
| City & County of Honolulu (Division of Treasury) | | | | | 10,873.23 | 10,873.23 |
| Commercial Appliance Parts-SVC | | 436.00 | | | | 436.00 |
| Conroe Welding Supply, Inc. | | | | | 2,936.54 | 2,936.54 |
| Cool Results LLC | | 200.26 | | | | 200.26 |
| CPUS Mockingbird LP, CBRE Global Investors, LLC. | | 8,706.15 | 8,644.03 | | 18,273.00 | 35,623.18 |
| CRS Texas | | 1,217.75 | | 584.55 | 4,396.20 | 6,198.50 |
| Decho Solutions LLC | | | | | 24,250.23 | 24,250.23 |
| DND Management Service | | | | | 3,871.73 | 3,871.73 |
| Eagle Fire & Safety, Inc | | 158.07 | | | | 158.07 |
| Ecolab Food Safety Specialties | | 557.38 | | | | 557.38 |
| Ecolab Food Safety Specialties - 24198 | | | | | 138.93 | 138.93 |
| Ecolab Pest Elimination Division | | 536.64 | | | 172.80 | 709.44 |
| Emily Wo | | | | | 1,256.54 | 1,256.54 |
| Ezogiku, Inc. | | | | | 6,080.05 | 6,080.05 |
| Hawaii Dental Service | | | -199.38 | -797.52 | | -996.90 |
| Hawaii Gas | | 588.35 | | | 13,421.71 | 14,010.06 |
| Hawaiian Electric Company | | | | | 11,991.82 | 11,991.82 |

U.S. Bankruptcy Court - Hawaii  #19-01529  Dkt # 75  Filed  01/10/20  Page 17 of 24

# Iyo Seimen USA Inc
# A/P Aging Summary
### As of January 5, 2020

| | | | | | |
|---|---|---|---|---|---|
| HAWAIIAN PA'AKAI INC | | | | 100.50 | 100.50 |
| HFM Food Service | | | | 6,892.21 | 6,892.21 |
| HI | | | | 588.93 | 588.93 |
| HI - Do Not Use | | | | 1,139,958.38 | 1,139,958.38 |
| Honolulu Disposal Service | | 190.52 | | 7,573.10 | 7,763.62 |
| Honolulu Magazine | | | | 4,204.19 | 4,204.19 |
| Honolulu Ship Supply Company | | | | 2,758.79 | 2,758.79 |
| Houston Department of Health & Human Services | | 385.23 | | | 385.23 |
| Intertrade | | | 280.00 | 210.00 | 490.00 |
| Island Plastic Bags | | | | 1,441.26 | 1,441.26 |
| IYO SEIMEN 1 | | | | -129.00 | -129.00 |
| JFC International Inc. | 6,897.10 | 11,495.03 | 6,434.73 | 842.00 | 25,668.86 |
| JOHN H. CONNORS INSURANCE | | | | 0.45 | 0.45 |
| Kaiser Foundation Health Plan | | | | 4,298.00 | 4,298.00 |
| Kapolei Marketplace LLC | | 15,208.90 | | 38,539.25 | 53,748.15 |
| Katz Coffee | | 123.90 | 61.95 | 61.95 | 247.80 |
| KIDANI LAW CENTER | | | 1,654.41 | 298,897.08 | 300,551.49 |
| Knight Capital Loan | | | | 121,208.32 | 121,208.32 |
| LCFRE Sugar Land Town Square, LLC | | 12,135.22 | 9,444.36 | 56,365.78 | 77,945.36 |
| Lonestar Fruit & Vegetables, Inc | 1,121.45 | | | | 1,121.45 |
| Ltd. FUUKISEIMENSHO | | | | 6,231.88 | 6,231.88 |
| Mahoney Environment | | | | 4,994.00 | 4,994.00 |
| Manson Products | | | | 9,226.87 | 9,226.87 |
| Millennium Global Advisors LLC | | | | 3,578.39 | 3,578.39 |
| Moonstone | | | | 23,286.20 | 23,286.20 |
| NEWMARK GRUBB CBI | | 7,897.08 | 18,853.92 | 57,795.71 | 84,546.71 |
| Nguyen & Associates, Inc. | 5,000.00 | | 5,000.00 | 7,000.00 | 17,000.00 |
| Orkin, 801-Honolulu, HI | | | | 397.92 | 397.92 |
| Pacific Cold Storage | | | | 1,878.57 | 1,878.57 |
| Pacific Plus International Inc. | 1,084.74 | 262.39 | | | 1,347.13 |
| Paoa-Kalakaua Realty LLC | | | | 28,809.38 | 28,809.38 |
| PEARLRIDGE CENTER 4 MERCH ASSO | | | | 909.09 | 909.09 |
| PR II LaCenterra | | | | 26,636.15 | 26,636.15 |
| Proterra Properties Inc | | | | 69,191.25 | 69,191.25 |
| REI Food Service LLC | | | | 1,110.80 | 1,110.80 |
| RoadRunner Recycling, Inc. | | 548.91 | | | 548.91 |
| Ruben Balotcopo | | | | 5,000.00 | 5,000.00 |
| ST. LOUIS ALUMNI ASSOCIATION | | | | 29,313.91 | 29,313.91 |
| Stargel Office Solutions | | 471.98 | | 471.98 | 943.96 |

U.S. Bankruptcy Court - Hawaii  #19-01529  Dkt # 75  Filed  01/10/20  Page 18 of 24

# Iyo Seimen USA Inc
## A/P Aging Summary
### As of January 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| Sysco - Washington | | 1,560.79 | | | | 1,560.79 |
| Sysco-MockingBird | 154.68 | | | | | 154.68 |
| TAKEMAN co.ltd | | | | | 1,838.66 | 1,838.66 |
| Terminix | | | | | 1,093.36 | 1,093.36 |
| Texas Mutual Trading, LLC | | 188.00 | 1,194.10 | | 2,111.30 | 3,493.40 |
| The Hartford | | 7,010.00 | | | | 7,010.00 |
| Tim Kawamoto | | | | | 15,357.60 | 15,357.60 |
| TM SIGNS & GRAPHICS | | | | | 3,842.88 | 3,842.88 |
| Trustee of the Virgnia Lumapas Taran Revocable Tru | | | | | 43,214.06 | 43,214.06 |
| TxTag | | 13.92 | | | | 13.92 |
| ULINE | | | | | 634.01 | 634.01 |
| VICTORIA WARD CENTER, LLC | | 42,096.93 | | | 99,331.71 | 141,428.64 |
| WACHI & WATANABE, CPA, INC. | | | | | 9,835.60 | 9,835.60 |
| Willie Yang | | | | | 1,792.00 | 1,792.00 |
| Wismettac - Dallas | 3,710.57 | 8,115.94 | 7,723.00 | | | 19,549.51 |
| Wismettac - Houston | 5,388.44 | 13,703.33 | 11,248.70 | 2,950.92 | | 33,291.39 |
| WONG'S MEAT MARKET, LTD. | | | | | 16,590.97 | 16,590.97 |
| TOTAL | $ 23,356.98 | -$ 431,396.97 | $ 60,924.29 | $ 5,695.63 | $ 2,888,054.50 | $ 2,546,634.43 |

Wednesday, Jan 08, 2020 01:18:31 PM GMT-8

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Official Form 206E/F       Schedule E/F: Creditors Who Have Unsecured Claims       page ___ of ___

Debtor _____  Case number *(if known)* _____
              Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|------------------------------------------------------------------|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 106,605.53 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 5,146,634.43 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,253,239.96 |

U.S. Bankruptcy Court - Hawaii   #19-01529   Dkt # 75   Filed  01/10/20   Page 21 of 24

**Fill in this information to identify the case:**

Debtor name  **AGUPLUS, LLC**

United States Bankruptcy Court for the: _____  District of _____
(State)

Case number (If known):  **19-01529**  Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Sugar Land  AGU Ramen Location | LCFRE Sugar Land Town Square LLC |
| | | | 2130 Lone Star Drive, Sugar Land, TX  77479 |
| | State the term remaining | 09/01/2018 - 08/31/2028 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Mockingbird AGU Ramen Location | CPUS Mockingbird LP, CBRE Global Investors LLC |
| | | | 5331 E Mockingbird Lane, Suite 125, Dalas, TX  75206 |
| | State the term remaining | 02/01/2018  - 01/31/2028 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Washington AGU Ramen Location | 7340 Washington Realty |
| | | | 7340 Washington Avenue, Houston, TX  77007 |
| | State the term remaining | 04/01/2017 - 03/31/2027 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | 935 Isenberg Street (Lease) | St. Louis Alumni Association |
| | | | c/o Peter Stone, Esq. |
| | | | 100 Ala Moana Blvd # 400, Honolulu, HI 96815 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | 2018 Mercedes Benz, GL S450WA | Mercedes Benz of Honolulu |
| | | | 818 Kapiolani Boulevard |
| | | | Honolulu, HI 96813 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

U.S. Bankruptcy Court - Hawaii  #19-01529  Dkt # 75  Filed  01/10/20  Page 22 of 24

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | Check all schedules that apply: |
| 2.1 REI Food Service, LLC | c/o Cuyler Shaw | AguPlus, LLC | ☐ D |
| | Street | | ☐ E/F |
| | Ashford & Wriston | | ☒ G |
| | 999 Bishop St #1400, Honolulu, HI 96813 | | |
| | City          State          ZIP Code | | |
| 2.2 Hisashi Uehara  (Deceased) | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City          State          ZIP Code | | |
| 2.3 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City          State          ZIP Code | | |
| 2.4 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City          State          ZIP Code | | |
| 2.5 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City          State          ZIP Code | | |
| 2.6 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City          State          ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name    AGUPLUS, LLC

United States Bankruptcy Court for the:      District of   Honolulu
                                                       (State)

Case number (If known):    19-01529

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* ............................................................    $ _____0_____

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* .........................................................    $ __3,366,515.56__

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* ..........................................................    $ __3,366,515.56__

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............    $ _____0_____

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F* .....................    $ __106,605.53__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .........    + $ __5,146,634.43__

4. **Total liabilities** ......................................................................................................    $ 5,253,239.96
   Lines 2 + 3a + 3b