H9013-3B (3/16)

Filer's Name, Address, Phone, email:
O'CONNOR PLAYDON GUBEN & INOUYE LLP
JERROLD K. GUBEN  3107-0
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  (808) 524-8350
Facsimile:  (808) 531-8628
JKG@opgilaw.com

Attorneys for Debtors AGUPLUS, LLC and AGU-V, Inc.



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

| Debtor(s): | AGUPLUS, LLC<br>AGU-V, INC. | Case No.: | 19-01529 (Jointly Administered)<br>19-01530 |
|---|---|---|---|
| | | Related Docket No.: | 308 |

## CERTIFICATE OF SERVICE

| *Document(s) served:* | *Date served:* |
|---|---|
| Order Re: Ex Parte Motion to Set Claims Bar Date for Response to Omnibus Objection; Omnibus Objection; Exhibit I; Official Form 410 (Proof of Claim) | July 7, 2020<br>July 8, 2020 |

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.** *[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution. Attach continuation sheets as needed.]*

| Example:<br>• Name of person served<br>• If attorney, name of client<br>• Mailing address or<br>Email address if served via ECF or<br>Fax number if served by fax | Service by CM/ECF<br>July 7, 2020<br>EXHIBIT A | Service by U.S.P.S.<br>July 8, 2020<br>EXHIBIT B |
|---|---|---|
| | | |
| | | |

| Dated:<br><br>July 8, 2020 | /s/ Jerrold K. Guben<br>[*Print name and sign*] |
|---|---|

# Exhibit A

**Service by CM/ECF on July 7, 2020**
**(Re: Docket No. 308)**

Johnathan Christian Bolton on behalf of Creditor Hannan Ribiyou Kabushikigaisha
jbolton@goodsill.com, pbabbitt@goodsill.com

Leroy E. Colombe on behalf of Creditor Virginia Lumapas Taran
lcolombe@chunkerr.com, hradloff@chunkerr.com

Benjamin M. Creps on behalf of Creditor REI Food Service, LLC
bcreps@awlaw.com, aho@awlaw.com; balameida@awlaw.com

Cynthia M. Johiro on behalf of Creditor Department of Taxation
atg.tax.hbcf@hawaii.gov, cynthia.m.johiro@hawaii.gov

Jonathan W.Y. Lai on behalf of Creditor Hawaiian Electric Company (HECO)
jlai@wik.com, dmatsuda@wik.com

Christopher J. Muzzi on behalf of Interested Party Finance Factors, Limited
cmuzzi@hilaw.us, tcanon@hilaw.us

Office of the U.S. Trustee ustpregion15.hi.ecf@usdoj.gov

Ken Ohara on behalf of Creditor St. Louis Alumni Association
Ken.Ohara@mtglawfirm.com, Bankruptcy@mtglawfirm.com

Kristen N. Pate on behalf of Creditor Brookfield Property REIT Inc.
bk@brookfieldpropertiesretail.com

Jesse W. Schiel on behalf of Creditor The Cherry Company, Ltd
jws@ksglaw.com, jlo@ksglaw.com;hto@ksglaw.com

Cuyler Shaw on behalf of Creditor REI Food Service, LLC
cshaw@awlaw.com, aho@awlaw.com

Peter T. Stone on behalf of Creditor St. Louis Alumni Association peter.stone@mtglawfirm.com,
ken.ohara@mtglawfirm.com; james.lewin@mtglawfirm.com; bankruptcy@mtglawfirm.com

Susan Tius on behalf of Creditor Kapolei Marketplace, LLC and Kapolei-57, LLC
Stius@rmhawaii.com

Eric H. Tsugawa on behalf of Interested Party Finance Factors, Limited
etsugawa@hilaw.us, dyosemori@hilaw.us

Neil J. Verbrugge on behalf of U.S. Trustee Office of the U.S. Trustee  Neil.Verbrugge@usdoj.gov

Thomas H. Yee on behalf of Creditor Hawaiian Electric Company (HECO)
tyee@wik.com, dmatsuda@wik.com

# Exhibit B

**Service by USPS, First Class**
**(Dkt. No. 308 – July 8, 2020)**

| | | |
|---|---|---|
| Victoria Ward Center LLC<br>P.O. Box 1300<br>Honolulu, HI 96701 | BRE Pearlridge LLC<br>98-1005 Moanalua Road<br>Aiea, HI 96701 | Allianz Global Corp. & Specialty<br>500 Ala Moana Blvd., #2-303<br>Honolulu, HI 96813 |
| ADP<br>111 W. Rio Salado Parkway<br>Tempe, AZ 85281 | Proterra Properties Inc.<br>4544 S. Pinemont, Suite 222<br>Houston, TX 77041 | Cherry Co.<br>3375 Koapaka Street, #A185<br>Honolulu, HI 96819 |
| Texas Comptroller of Public Accts.<br>Lyndon B. Johnson State Bldg.<br>111 East 17th Street<br>Austin, TX 78774 | Kapolei Marketplace LLC<br>590 Farrington Highway, #524<br>Box 188<br>Kapolei, HI 96707 | Adair Myers Graves Stevenson PLCC<br>3120 SW Freeway, Suite 320<br>Houston, TX 77098 |
| Department of Taxation<br>830 Punchbowl Street<br>Honolulu, HI 96813 | GGP Ala Moana LLC<br>c/o Derek R. Kobayashi, Esq.<br>745 Fort Street, Suite 1500<br>Honolulu, HI 96813 | GGP Ala Moana LLC<br>1450 Ala Moana Boulevard #2545<br>Honolulu, HI 96815 |
| Cherry Company<br>c/o Nationwide Services, Inc.<br>1050 Bishop Street, Suite 438<br>Honolulu, HI 96813 | 7340 Washington Realty, Ltd.<br>3217 Montrose Blvd., Suite 200<br>Houston, TX 77006 | State Hawaii<br>Dept. Labor & Indust. Relations<br>830 Punchbowl Street, Room 340<br>Honolulu, HI 96813 |
| 7340 Washington Realty, Ltd.<br>3217 Montrose Blvd., Suite 200<br>Houston, TX 77006 | Aloha Packing & Supplies LLC<br>91-544 Awakumoku Street<br>Kapolei, HI 96707 | Bargreen Ellingson - HI<br>2234 Hoonee Place<br>Honolulu, HI 96819 |
| Jeffrey A. Hokanson, Esq.<br>Ice Miller<br>One American Square, Suite 2900<br>Indianapolis, IN 46282-0200 | Alert Alarm Hawaii<br>3210 Ualena Street<br>Honolulu, HI 96819 | City & County of Honolulu,<br>Division of Treasury<br>530 South King Street, Room 115<br>Honolulu, HI 96813 |
| Decho Solutions LLC<br>5680 Hwy 6, Suite #115<br>Missouri City, TX 77459 | Peter T. Stone, Esq.<br>TMLF Hawaii, LLLC.<br>1099 Alakea Street, Suite 1500<br>Honolulu, HI 96813-4517 | SYSCO Hawaii<br>c/o Nationwide Services, Inc.<br>1050 Bishop St. #438<br>Honolulu, HI 96813 |
| Finance Factors<br>1164 Bishop Street #100<br>Honolulu, HI 96813 | GGP Ala Moana LLC<br>745 Fort Street, Suite 1500<br>Honolulu, HI 96813 | Jeff Gould<br>In the Loop Management<br>2106 Waugh Dr.<br>Houston, TX 77006 |

| | | |
|---|---|---|
| Hawaii Department of Taxation<br>830 Punchbowl St.<br>Honolulu, HI 96813 | Bruce J. Ruzinsky<br>Jackson Walker L.L.P.<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010 | Hawaiian Electric Company<br>P.O. Box 30260<br>Honolulu, HI 96820-0260 |
| Hawaiian Telcom<br>1177 Bishop St.<br>Honolulu, HI 96813 | Honolulu Disposal Service<br>1169 Mikole St.<br>Honolulu, HI 96819 | Heartland Payment Systems<br>3932 S Blvd.<br>Edmond, OK 73013 |
| Kenichi Yagi, Esq.<br>Adair Myers Graves Stevenson<br>3120 Sout<br>Houston, TX 77098 | Kapolei Marketplace LLC<br>c/o Rush Moore<br>737 Bishop Street, Suite 2400<br>Honolulu, HI 96813 | Newmark Grubb CBI<br>1712 S King St Suite #201<br>Honolulu, HI 96826 |
| Stargel Office Solutions<br>4700 Blalock Rd<br>Houston, TX 77041 | Jeffrey A. Hokanson, Esq.<br>Ice Miller<br>One American Square, Suite 2900<br>Indianapolis, IN 46282-0200 | LCFRE Sugar Land Town Square, LLC<br>c/o Planned Community Developers<br>15958 City Walk, Suite 250<br>Sugar Land, TX 77479 |
| Salz Lock & Safe<br>3012 Waialae Ave<br>Honolulu, HI 96816 | REI Food Service LLC<br>98-027 Hekaha Street, Unit 3<br>Aiea, HI 96701-4919 | Rika Takahashi<br>5151 Hidalgo, #327<br>Houston, TX 77056 |
| St. Louis Alumni Association<br>916 Coolidge St.<br>Honolulu, HI 96826 | Roland and Evelyn Casamina<br>2300 N. King Street<br>Honolulu, HI 96819 | Texas Comptroller<br>111 East 17th Street<br>Austin, TX 78774 |
| Sysco - Sugar Land<br>10710 Greens Crossing Blvd.<br>Houston, TX 77038 | Texas Mutual Trading, LLC<br>901 Spinks Rd<br>Flower Mound, TX 75028 | The Gas Company<br>515 Kamakee Street,<br>Honolulu, TX 96814 |
| Board of Water Supply<br>City & County of Honolulu<br>P.O. Box 135037<br>Honolulu, HI 96801-5037 | Sysco-Mockingbird<br>800 Trinity Drive<br>Lewisville, TX 75056 | Daimler Trust<br>C/O BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113 |
| Finders Keepers, Etc.<br>dba Oahu Auctions<br>1777 Ala Moana Blvd., #425<br>Honolulu, HI 96815 | John Cannizzaro, Esq.<br>Ice Miller LLP<br>250 West Street, Suite 700<br>Columbus, OH 43215 | Manson Products<br>c/o Nationwide Services, Inc.<br>1050 Bishop Street, Suite 438<br>Honolulu, HI 96813 |
| Randall I. Morikawa, Esq.<br>4211 Waialae Avenue, Suite 34<br>Honolulu, HI 96816 | Manson Products<br>1618 Kalani Street<br>Honolulu, HI 96817 | |