O'CONNOR PLAYDON GUBEN & INOUYE LLP
A LIMITED LIABILITY LAW PARTNERSHIP

JERROLD K. GUBEN        3107-0
Pacific Guardian Center
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
JKG@opgilaw.com

Attorney for Debtors and
Debtors-in-Possession,
AGU PLUS, LLC and AGU-V, INC.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>AGUPLUS, LLC,<br><br>　　　　　Debtor and<br>　　　　　Debtor-in-Possession. | Case No. 19-01529<br>**Case No. 19-01530**<br>(Chapter 11)<br>(Jointly Administered) |
| In re<br><br>AGU-V, INC.,<br><br>　　　　　Debtor and<br>　　　　　Debtor-in-Possession. | Judge: Honorable Robert J. Faris |

## DEBTOR'S MONTHLY OPERATING REPORT
## FOR THE MONTH ENDING JULY 31, 2020

　　　　Agu-V, Inc., Debtor and Debtor-in-Possession, jointly

administered with Case No. 19-01529, submits this Monthly Operating

Report for the month ending July 31, 2020 as required by the Reporting Requirements of a Chapter 11 debtor. LBR 2015-7 requires the filing of a monthly report.

Counsel cannot represent that the entries are accurate or that the report has been prepared in compliance with generally accepted accounting principles.

The below-signed counsel has not independently verified the information contained in this report and cannot attest to the accuracy of the information without additional investigation.

This report was prepared by the Debtor's Responsible Person, Ms. Rika Takahashi, with the assistance of the Debtors' pre-petition bookkeeper, Mr. Nguyen Vu.

DATED: Honolulu, Hawaii, September 9, 2020.

JERROLD K. GUBEN
Attorney for Debtors and
Debtors-in-Possession,
AGU PLUS, LLC and AGU-V, INC.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF ___Hawaii___

In re                                    )   CHAPTER 11
                                         )
          Agu V                          )   Case No.
                                         )
                     Debtor(s).          )   OPERATING REPORT NO. ___8___
                                         )   FOR THE MONTH ENDING:
                                         )        July,2020

1.   CASH RECEIPTS AND DISBURSEMENTS
     A.   (GENERAL ACCOUNT*)

1.   TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS        $   5,093.47

2.   LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENREAL            $   5.99
            ACCOUNT  REPORTS

3.   BEGINNING BALANCE                                           $   200

4.   RECEIPTS DURING CURRENT PERIOD

     ACCOUNTS RECEIVABLE – PRE-FILING          $_____
     ACCOUNTS RECEIVABLE – POST-FILING         $_____
     GENERAL SALES                             $_____
     OTHER (SPECIFY) _____            $_____
     OTHER ** (SPECIFY)_              $___5.99 monthly bank fee

                    TOTAL RECEIPTS THIS PERIOD  $   5.99

5.   BALANCE                                                     $   194.01

6.   LESS:  TOTAL DISBURSEMENTS DURING CURRENT PERIOD

     TRANSFERS TO OTHER DIP ACCOUNTS       $_____0_____
     DISBURSEMENTS                         $_____
     TOTAL DISBURSEMENTS THIS PERIOD ***                         $   5.99

7.   ENDING BALANCE:                                             $   5,237.98

8.   GENERAL ACCOUNT NUMBER _____FHB 9369_____

     DEPOSITORY NAME AND LOCATION ___999 Bishop Honolulu HI_____

---

*      ALL receipts must be deposited into the general account.
**     Include receipts from the sale of any real or personal property out of the ordinary course of business;
       attach   an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale
***    This amount should be the same as the total from page 2.

                          Debtor-in-Possession Monthly Operating Report (Business) - Page 1 of 14

Operating Reporting Requirements

# TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |

TOTAL DISBURSEMENTS THIS PERIOD $_____

*Add additional pages as necessary to include all disbursements.*

Operating Reporting Requirements

## GENERAL ACCOUNT
## BANK RECONCILLIATION*

Balance per bank statement dated:_____          $_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

     Total deposits in transit          $_____

Less outstanding checks(a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

     Total outstanding checks          <_____>

     Bank statement adjustments**          _____

     Adjusted bank balance          $_____

\*  It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this
    form with a similar form.
\*\* Please attach a detailed explanation of any bank statement adjustment.

Debtor-in-Possession Monthly Operating Report (Business) - Page 3 of 14

Operating Reporting Requirements

I.    CASH RECEIPTS AND DISBURSEMENTS (Continued)
      B.   (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PAYROLL ACCOUNT REPORTS        $_____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
           ACCOUNT REPORTS                                $_____

3.  BEGINNING BALANCE                                     $_____

4.  RECEIPTS:
          TRANSFERRED FROM GENERAL ACCOUNT                $_____

5.  BALANCE                                               $_____

6.  LESS: DISBURSEMENTS DURING CURRENT PERIOD

    DATE        CHECK NO.        PAYEE        AMOUNT




                    TOTAL DISBURSEMENTS THIS PERIOD       $_____

7.  ENDING BALANCE                                        $_____

8.  PAYROLL ACOUNT NUMBER _____

    DEPOSITORY NAME AND LOCATION _____

    _____

Operating Reporting Requirements

## PAYROLL ACCOUNT
## BANK RECONCILIATION*

Balance per bank statement dated:_____          $_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Total deposits in transit                                        $_____

Less outstanding checks(a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Total outstanding checks                                 <_____>

Bank statement adjustments**                           _____

Adjusted bank balance                                 $_____

* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this
  form with a similar form.
** Please attach a detailed explanation of any bank statement adjustment.

I.   CASH RECEIPTS AND DISBURSEMENTS (Continued)
*   (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS        $_____

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX        $_____
        ACCOUNT  REPORTS

3.  BEGINNING BALANCE        $_____

4.  RECEIPTS:
        TRANSFERRED FROM GENERAL ACCOUNT        $_____

5.  BALANCE        $_____

6.  LESS: DISBURSEMETNS DURING CURRENT PERIOD        $_____

| DATE | CHECK NO. | PAYEE | AMOUNT |
|------|-----------|-------|--------|
|      |           |       |        |

                TOTAL DISBURSEMENTS THIS PERIOD        $_____

7.  ENDING BALANCE        $_____

8.  TAX ACCOUNT NUMBER _____

    DEPOSITORY NAME AND LOCATION _____

---

D.   SUMMARY SCHEDULE OF CASH

ENDING BALANCE FOR PERIOD:

| | |
|---|---|
| GENERAL ACCOUNT | $_____ |
| PAYROLL ACCOUNT | $_____ |
| TAX ACCOUNT | $_____ |
| OTHER ACCOUNTS* | $_____ |
| OTHER MONIES* | $_____ |
| PETTY CASH** | $_____ |
| TOTAL CASH AVAILABLE | $_____ |

*   Specify the fund and the type of holding (i.e., CD, Savings Account, Investment securities, etc.), and the
    depository name, location, and account number.
**  Attach exhibit itemizing all pretty cash transactions.
NOTE:  Attach copies of monthly accounts statements from financial intuitions for each account.

Operating Reporting Requirements

<u>TAX ACCOUNT</u>
<u>BANK RECONCILIATION*</u>

Balance per bank statement dated:_____     $_____

Plus deposits in transit (a):

| | <u>Deposit Date</u> | <u>Deposit Amount</u> |
|---|---|---|
| | _____ | $_____ |
| | _____ | $_____ |
| | _____ | $_____ |
| | _____ | $_____ |

     Total deposits in transit                              $_____

Less outstanding checks(a):

| <u>Check Number</u> | <u>Check Date</u> | <u>Check Amount</u> |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

    Total outstanding checks                              <_____>

    Bank statement adjustments**                         _____

    Adjusted bank balance                             $_____

\* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
\*\* Please attach a detailed explanation of any bank statement adjustment.

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS, AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR, LESSOR, ETC. | FREQUENCY OF PAYMENTS (Mo./Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (NUMBER) | TOTAL DUE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE | |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:
GROSS SALES SUBJECT TO SALES TAX      $ _____
TOTAL WAGES PAID      $ _____

| | TOTAL POST-PETITION AMOUNTS OWING | AMOUNT DELINQUENT | DATE DELINQUENT AMOUNT DUE |
|---|---|---|---|
| FEDERAL WITHHOLDING | $ | $ | |
| STATE WITHHOLDING | $ | $ | |
| FICA - EMPLOYER'S SHARE | $ | $ | |
| FICA - EMPLOYEE'S SHARE | $ | $ | |
| FEDERAL UNEMPLOYMENT | $ | $ | |
| STATE WITHHOLDING | $ | $ | |
| SALES AND USE | $ | $ | |
| REAL PROPERTY | $ | $ | |
| OTHER: (SPECIFY) | $ | $ | |
| TOTAL: | $ | $ | |

Debtor-in-Possession Monthly Operating Report (Business) - Page 8 of 14

Operating Reporting Requirements

## IV. AGING OF ACCOUNTS PAYABLE AND ACCOUNTS RECEIVABLE

| | ACCOUNTS PAYABLE*<br>(POST-PETITION ONLY) | ACCOUNTS<br>Pre-Petition | RECEIVABLE<br>Post-Petition |
|---|---|---|---|
| 30 days or less | | | |
| 31 - 60 days | | | |
| 61 - 90 days | | | |
| 91 - 120 days | | | |
| Over 120 days | | | |
| TOTALS: | | | |

## V. INSURANCE COVERAGE

| | NAME OF<br>CARRIER | AMOUNT OF<br>COVERAGE | POLICY<br>EXPIRATION<br>DATE | PREMIUM PAID<br>THROUGH: |
|---|---|---|---|---|
| General Liability | | | | |
| Worker Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| _____ | | | | |
| _____ | | | | |

## VI. UNITED SATES TRUSTEE QUATERLY FEES
## (TOTAL PAYMENTS)

| Qtrly Period<br>Ending | Total Disbursements | Qtrly Fees | Date Paid | Amount Paid | Qtrly Fee Still<br>Owing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Post-Petition Accounts Payable <u>should not</u> include professionals' fees and expenses which have been incurred but not yet awarded by the Court. Post-Petition Accounts Payable <u>should</u> include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period of the report.

Operating Reporting Requirements

U.S. Bankruptcy Court - Hawaii  #19-01529  Dkt # 378  Filed 09/10/20  Page 11 of 18

## VII.   SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* Please indicate how compensation was identified in the order (e.g., $1,000/wk, $2,500/mo)

## VIII.   SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Payment | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Debtor-in-Possession Monthly Operating Report (Business) - Page 10 of 14

Operating Reporting Requirements

## IX. PROFIT AND LOSS STATEMENT
## (ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | ( _____ ) | ( _____ ) |
| Net Sales/Revenue | _____ | _____ |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | _____ | _____ |
| Purchases | | |
| Less: Ending Inventory at cost | ( _____ ) | ( _____ ) |
| Cost of Goods Sold (COGS) | _____ | _____ |
| | | |
| **Gross Profit** | _____ | _____ |
| | | |
| Other Operating Income (Itemize) | _____ | _____ |
| | | |
| **Operating Expenses:** | | |
| Payroll – Insiders | | |
| Payroll – Other Employees | _____ | _____ |
| Payroll Taxes | _____ | _____ |
| Other Taxes (Itemize) | _____ | _____ |
| Depreciation and Amortization | _____ | _____ |
| Rent Expense – Real Property | _____ | _____ |
| Lease Expense – Personal Property | _____ | _____ |
| Insurance | _____ | _____ |
| Real Property Taxes | _____ | _____ |
| Telephone and Utilities | _____ | _____ |
| Repairs and Maintenance | _____ | _____ |
| Travel and Entertainment (Itemize) | _____ | _____ |
| Miscellaneous Operating Expenses (Itemize) | _____ | _____ |
| Total Operating Expenses | ( _____ ) | ( _____ ) |
| | | |
| Net Gain/(Loss) from Operations | _____ | _____ |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | _____ | _____ |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | _____ | _____ |
| Total Non-Operating Income | ( _____ ) | ( _____ ) |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | _____ | _____ |
| Legal and Professional (Itemize) | _____ | _____ |
| Other (Itemize) | _____ | _____ |
| Total Non-Operating Expenses | ( _____ ) | ( _____ ) |
| | | |
| **NET INCOME/(LOSS)** | _____ | _____ |

(Attach exhibit listing all itemizations required above)

## X.    BALANCE SHEET
## (ACCRUAL BASIS ONLY)

ASSETS                                          <u>Current Month End</u>
Current Assets: Unrestricted
    Cash Restricted Cash
    Accounts Receivable              _____
    Inventory                       _____
    Notes Receivable                _____
    Prepaid Expenses                _____
    Other (Itemize)                 _____
        Total Current Assets                    _____

Property, Plant, and Equipment                  _____
Accumulated Depreciation/Depletion              _____
    Net Property, Plant, and Equipment              _____

Other Assets (Net of Amortization):
    Due from Insiders               _____
    Other (Itemize)                 _____
        Total Other Assets                      _____

TOTAL ASSETS                                            _____

LIABILITIES
Post petition Liabilities:
    Accounts Payable
    Taxes Payable                   _____
    Notes Payable                   _____
    Professional fees               _____
    Secured Debt                    _____
    Other (Itemize)                 _____
        Total Post petition Liabilities         _____

Prepetition Liabilities:
    Accounts Payable                _____
    Taxes Payable                   _____
    Notes Payable                   _____
    Professional fees               _____
    Secured Debt                    _____
    Other (Itemize)                 _____
        Total Prepetition Liabilities
TOTAL LIABILITIES                                       _____

EQUITY:
    Prepetition Owners' Equity      _____
    Post petition Profit/(Loss)     _____
    Direct Charges to Equity        _____
TOTAL EQUITY                                            _____

TOTAL LIABILITEIS & EQUITY                              _____

Operating Reporting Requirements

## XI.    QUESTIONNAIRE

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the Court?

    _____X_____ No.
    _____ Yes. Explain _____
    _____

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?

    _____X_____ No.
    _____ Yes. Amount, to whom, and for what period? _____
    _____

3. State what progress was made during the reporting period toward filing a plan or reorganization:

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4. Describe potential future developments which may have a significant impact on the case.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report?

_____ X _____ No.

_____ Yes. Please set forth the amounts and the source of income.

_____

_____

_____

I, _____ rika takahashi _____ (Name and title), declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and correct to the best of my knowledge.

Date: _____ 07/31/2020 _____       _____

                                              Principal for Debtor-In-Possession

Debtor-in-Possession Monthly Operating Report (Business) - Page 14 of 14

Operating Reporting Requirements

# First Hawaiian Bank
# FREE BUSINESS CHECKING

AGUV INC                                        001
CHAPTER 11 DIP CASE NO 19-01530
7340 WASHINGTON AVE
HOUSTON TX 77007

CHECKSTORAGE                Account#  ████9369

---

**Direct Inquiries or Report Errors to:**
First Hawaiian Bank
MAIN BANKING CENTER
999 BISHOP ST
HONOLULU HI 96813
Phone: (808) 525-6340

It is important to examine your statement and report any discrepancies promptly. You must report any error involving electronic fund transfers for personal accounts within 60 days. For any other item, you will lose any claim against us for unauthorized signatures or alterations (and any claims for subsequent unauthorized signatures or alterations by the same wrongdoer) that you do not report within 30 days after the first statement showing that item is made available.

---

## SUMMARY   FREE BUSINESS CHECKING        Account # ████9369

| | | |
|---|---|---|
| Balance at Beginning of this Statement Period on  7/ /2 2 | $ | 2 . |
| Plus:  Deposits and Other Credits Totaling | + | 5, 3.97 |
| Less:  Checks and Other Debits/Withdrawals Totaling | | 5.99 |
| Balance at End of this Statement Period on  7/3 /2 2 | $ | 5,237.98 |

For this Statement Period:

| | | |
|---|---|---|
| Average Balance | $ | , 95.67 |
| Minimum Balance | $ | 9 . |

Monthly Item Activity (Accountholders entitled to  25 items free)
          Checks Written +     Deposit Tickets +     Deposit Items =
Items Charged This Month:

## ACCOUNT ACTIVITY   OTHER DEBITS

| Posting Date | Transaction Description | Debit |
|---|---|---|
| 7/ /2 | FHB ONLINE FEE<br>MONTHLY FEE - (JUL) | 5.99 |

U.S. Bankruptcy Court - Hawaii  #19-01529  Dkt # 378  Filed  09/10/20  Page 17 of 18



# First Hawaiian Bank
# FREE BUSINESS CHECKING

AGUV INC
CHAPTER 11 DIP CASE NO 19-01530
7340 WASHINGTON AVE
HOUSTON TX 77007

Acct. #     ████9369

---

## ACCOUNT ACTIVITY  CREDITS

| Posting Date | Transaction Description | Credit |
|---|---|---|
| 7/2 /2 | Deposit | 5, 3.97 |

## DAILY ACCOUNT BALANCE

| Posting Date | Account Balance | Posting Date | Account Balance |
|---|---|---|---|
| 6/3 /2 | 2 . | 7/2 /2 | 5,237.98 |
| 7/ /2 | 9 . | | |

U.S. Bankruptcy Court - Hawaii   #19-01529   Dkt # 378   Filed  09/10/20   Page 18 of 18