GOODSILL ANDERSON QUINN & STIFEL LLP
A LIMITED LIABILITY LAW PARTNERSHIP

JOHNATHAN C. BOLTON        9650-0
CHRISTOPHER P. ST. SURE    10001-0
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880
jbolton@goodsill.com

Attorneys for Creditor
HANNAN RIBIYOU KABUSHIKIGAISHA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re:<br><br>AGUPLUS, LLC,<br><br>    Debtor and<br>    Debtor-in-Possession.<br><br>In re:<br><br>AGU-V, INC.,<br><br>    Debtor and<br>    Debtor-in-Possession. | Case No. 19-01529 (RJF)<br>(Chapter 11)<br><br>Jointly Administered<br><br>Case No. 19-01530 (RJF)<br>(Chapter 11)<br><br>AMENDED NOTICE OF HEARING<br><br>Old Hearing Date:<br>Date: November 23, 2020<br>Time: 2:00 p.m.<br>Judge: Hon. Robert J. Faris<br><br>New Hearing Date:<br>Date: January 25, 2021<br>Time: 2:00 p.m.<br>Judge: Hon. Robert J. Faris |
|---|---|

**AMENDED NOTICE OF HEARING**

PLEASE TAKE NOTICE that the Scheduling Conference on REI Food Service's Objection to Claim [Dkt. no. 286] and Finance Factors, Limited's Objection to Claim [Dkt. no. 329] previously scheduled for November 23, 2020 at 2:00 p.m. HST, has been continued by agreement of the parties to **January 25, 2021 at 2:00 p.m. HST** or as soon thereafter as counsel may be heard. PLEASE TAKE FURTHER NOTICE that NOTE: Participation at this scheduling conference will be telephonic (leave of court not required):  Toll-free number: (866) 390-1828; Access code: 3287676.

DATED:  Honolulu, Hawaiʻi, November 23, 2020.

    /s/ Johnathan C. Bolton
JOHNATHAN C. BOLTON
CHRISTOPHER P. ST. SURE

Attorneys for Creditor
HANNAN RIBIYOU
KABUSHIKIGAISHA