O'CONNOR PLAYDON GUBEN & INOUYE LLP
A LIMITED LIABILITY LAW PARTNERSHIP
JERROLD K. GUBEN        3107-0
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  (808) 524-8350
Facsimile:   (808) 531-8628
JKG@opgilaw.com

Attorney for Debtors and
Debtors-in-Possession
AGU PLUS, LLC and AGU-V, INC.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br>AGUPLUS, LLC,<br>　　　Debtor and<br>　　　Debtor-in-Possession.<br><br>In re<br>AGU-V, INC.,<br>　　　Debtor and<br>　　　Debtor-in-Possession. | Case No. 19-01529<br>Case No. 19-01530<br>(Chapter 11)<br>(Jointly Administered)<br><br>*Confirmation Hearing*:<br>Date:  March 15, 2021<br>Time:  2:00 p.m.<br>Judge: Honorable Robert J. Faris<br><br>*Docket Reference No. 499* |

## SECOND SUPPLEMENT TO TABULATION OF BALLOTS

AguPlus, LLC and Agu-V, Inc., by and through their undersigned counsel, hereby submit the Declaration of Peter T. Stone in support of the Ballot for Accepting or Rejecting the Debtors' Joint Plan of Reorganization.

DATED: Honolulu, Hawaii, March 15, 2021.

                                        /s/ Jerrold K. Guben
                                        JERROLD K. GUBEN
                                        Attorney for Debtors and
                                        Debtors-in-Possession
                                        AGU PLUS, LLC and AGU-V, INC.

O'CONNOR PLAYDON GUBEN & INOUYE LLP
A LIMITED LIABILITY LAW PARTNERSHIP

JERROLD K. GUBEN      3107-0
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
JKG@opgilaw.com

Attorney for Debtors and
Debtors-in-Possession
AGU PLUS, LLC and AGU-V, INC.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>AGUPLUS, LLC,<br><br>      Debtor and<br>      Debtor-in-Possession. | Case No. 19-01529<br>Case No. 19-01530<br>(Chapter 11)<br>(Jointly Administered) |
| In re<br><br>AGU-V, INC.,<br><br>      Debtor and<br>      Debtor-in-Possession. | *Confirmation Hearing*:<br>Date: March 15, 2021<br>Time: 2:00 p.m.<br>Judge: Honorable Robert J. Faris<br><br>*Docket Reference No. 500, 511, 512* |

**DECLARATION OF PETER T. STONE**

I, Peter Stone, hereby declare as follows:

1. I am an attorney for the St. Louis Alumni Association, a creditor of AguPlus, LLC.

2. I submit this Declaration in Support of AguPlus, LLC's Ex Parte Motion to Enlarge the Time to File Ballot to Accept or Reject Joint Plan of Reorganization.

3. On March 9, 2021, attorney Jerrold K. Guben, for the Debtor, sent me a form ballot in the AguPlus, LLC matter by email.

4. I was informed that March 8, 2021 was the last day to file the Ballot. I did not realize that the Ballot was past due. I apologize for my error.

5. I instructed attorney Guben to prepare a Ballot for the St. Louis Alumni Association with the amount of the claim, $72,265.69.

6. I reviewed the Ballot prepared by Attorney Guben, and authorized by email, to file the Ballot with my electronic signature.

7. I understand there is an objection to the form of the Ballot of St. Louis Alumni Association, and by this Declaration, reaffirm that the Ballot filed on March 9, 2021 for the St. Louis Alumni Association is the amount $72,265.69.

8. Attached is a form of Ballot with my actual signature, if the Court request additional documentation of the Ballot filed on March 9, 2021, it can be provided.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 15th March 2021.

*/s/ Peter T. Stone*
PETER T. STONE